# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 20, 2020

**Before**

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 19-2289

| | |
|---|---|
| CARLOS ALVAREZ-ESPINO,<br>     *Petitioner,*<br><br> *v.*<br><br>WILLIAM P. BARR, Attorney General<br>of the United States,<br>     *Respondent.* | Petition for Review of an Order of the<br>Board of Immigration Appeals.<br><br>No. A200-557-981 |

**O R D E R**

Petitioner filed a petition for rehearing and rehearing *en banc* on May 4, 2020. No judge in regular active service has requested a vote on the petition for rehearing *en banc* and all members of the original panel have voted to deny rehearing and to issue an amended opinion. The court's opinion dated March 6, 2020 is amended by the attached opinion, which includes changes to pages 2, 5, and 8.

Accordingly, IT IS ORDERED that the petition for rehearing and rehearing *en banc* is therefore DENIED.